UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| United States of America | Crim No. 05-60057-05 |
| | Consolidated w/ 06-60024-09 |
| versus | Judge Tucker L. Melançon |
| Bilbo, et al<br>*defendant Levar Derry* | Magistrate Judge Hill |

## JUDGMENT

The Court is in receipt of the Reporter's Official Transcript of the Plea Hearing before United States Magistrate Judge C. Michael Hill. Defendant Levar Derry entered a plea of guilty before Judge Hill on November 9, 2006, and was ordered detained pending sentencing. The Court, having independently reviewed the official written transcript of the plea hearing, and noting that no objections have been filed by the parties, concludes that report and recommendation of the magistrate judge that the undersigned adopt defendant Derry's guilty plea is correct, and the Court therefore adopts the conclusions set forth therein. Additionally, it is

ORDERED that defendant Levar Derry will be sentenced in this matter on Tuesday, March 16, 2007 at 3:00 P.M.

THUS DONE AND SIGNED this 8th day of January, 2007, in Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE